No. _____ 

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION



FILED
2007 AUG -2 A 8: 23
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

## THE UNITED STATES OF AMERICA

### vs.

### ROBERT VILLARREAL and
### STEVEN COTA a/k/a "ROOSTER"

## INDICTMENT

<u>Count One</u>: Title 21, United States Code, Sections 846 and 841 (b)(1)(B)(viii) - Conspiracy to Distribute Methamphetamine;
<u>Count Two</u>: Title 21, United States Code, Section 841(a)(1)- Distribution of Methamphetamine

*A true bill.*

_____
Foreperson

Filed in open court this \_\_\_1\_\_\_ day of \_\_Aug 2007\_\_

A.D. 2007

_____
UNITED STATES MAGISTRATE JUDGE

Bail. $ \_\_NO BAIL WARRANT\_\_

DOCUMENT NO. 1
DISTRICT COURT
CRIMINAL CASE PROCESSING

SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

FILED

2007 AUG -2  A 8:23

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

SEALED BY ORDER OF THE COURT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 07 00502 JW |
|---|---|---|
| Plaintiff, | ) | |
| | ) | VIOLATIONS: 21 U.S.C. § 846 – Conspiracy to Possess with Intent to Distribute Methamphetamine; |
| v. | ) | 21 U.S.C. § 841(a)(1) - Distribution of Methamphetamine |
| ROBERT VILLARREAL and STEVEN COTA, a/k/a "ROOSTER", | ) | |
| | ) | SAN JOSE VENUE |
| Defendants. | ) | |

INDICTMENT

The Grand Jury charges:

COUNT ONE: (21 U.S.C. §§ 846 and 841(b)(1)(B)(viii))

On or about March 7, 2006, in the Northern District of California, the defendants,

ROBERT VILLARREAL and
STEVEN COTA,
a/k/a "ROOSTER",

did knowingly and intentionally conspire with other persons known and unknown to the Grand

INDICTMENT

1  Jury to distribute a controlled substance, to wit, 5 grams and more of methamphetamine,
2  its salts, isomers, and salts of its isomers, in violation of Title 21, United States Code, Sections
3  846 and 841(b)(1)(B)(viii).
4  COUNT TWO: (21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)(viii))
5      On or about March 7, 2006, in the Northern District of California, the defendants,

ROBERT VILLARREAL and
STEVEN COTA,
a/k/a "ROOSTER",

did knowingly and intentionally distribute a controlled substance, to wit, 5 grams and more of methamphetamine, its salts, isomers, and salts of its isomers, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(viii).

A TRUE BILL.

DATED: 8/1/07

_____
FOREPERSON

SCOTT N. SCHOOLS
United States Attorney

_____
DAVID R. CALLAWAY
Deputy Chief, San Jose Office

(Approved as to form: _____ )
                       AUSA O'Connell

INDICTMENT                     2

AO 257 (Rev. 6/78)

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT
☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

## OFFENSE CHARGED
SEE ATTACHMENT TO PENALTY SHEET

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

FILED
2007 AUG -2 A 8:23
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

SEALED BY ORDER OF THE COURT

PENALTY:
SEE ATTACHMENT TO PENALTY SHEET

### DEFENDANT - U.S.
▶ ROBERT VILLARREAL

DISTRICT COURT NUMBER
CR 07 00502 JW

### DEFENDANT
**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶ _____

2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

## PROCEEDING
Name of Complaintant Agency, or Person (&Title, if any)
S/A Robert Patrizi-ATF

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges   ☐ Fed'l  ☐ State
If answer to (6) is "Yes", show name of institution _____

Has detainer been filed?  ☐ Yes  ☐ No   If "Yes" give date filed _____

DATE OF ARREST ▶ Month/Day/Year _____
Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year _____

Name and Office of Person Furnishing Information on THIS FORM
SCOTT N. SCHOOLS
☒ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)  THOMAS M. O'CONNELL

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT   Bail Amount: NO BAIL

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:
Before Judge:

Comments:

UNITED STATES OF AMERICA
v.
ROBERT VILLREAL and
STEVEN COTA a/k/a "ROOSTER"

**ATTACHMENT TO PENALTY SHEET**

Count One:  Title 21, United States Code, Sections 846 and 841(b)(1)(B)(viii) - Conspiracy to Distribute Methamphetamine

5 years imprisonment (mandatory minimum)
40 imprisonment (maximum)
$2,000,000 Fine
4 years of supervised release
$100 special assessment


Count Two:  Title 21, United States Code, Sections 846 and 841(b)(1)(B)(viii) - Distribution of Methamphetamine

5 years imprisonment (mandatory minimum)
40 imprisonment (maximum)
$2,000,000 Fine
4 years of supervised release
$100 special assessment

AO 257 (Rev. 6/...)

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

**OFFENSE CHARGED**
SEE ATTACHMENT TO PENALTY SHEET

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY:
SEE ATTACHMENT TO PENALTY SHEET

FILED
2007 AUG -2 A 8:23
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

SEALED BY ORDER OF THE COURT

**DEFENDANT - U.S.**
► STEVEN COTA a/k/a "ROOSTER"

**DISTRICT COURT NUMBER**
CR 07 00502 JW PVT

---

## PROCEEDING

**Name of Complainant Agency, or Person (&Title, if any)**
S/A Robert Patrizi-ATF

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
   ☐ U.S. Att'y ☐ Defense
} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under
} MAGISTRATE CASE NO.

**Name and Office of Person Furnishing Information on THIS FORM**    SCOTT N. SCHOOLS
☒ U.S. Att'y ☐ Other U.S. Agency

**Name of Asst. U.S. Att'y (if assigned)**    THOMAS M. O'CONNELL

---

## DEFENDANT

**IS NOT IN CUSTODY**
1) ☒ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ►
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges  } ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☐ No  } If "Yes" give date filed _____

**DATE OF ARREST** ► _____
Or... if Arresting Agency & Warrant were not
**DATE TRANSFERRED TO U.S. CUSTODY** ► _____

☐ This report amends AO 257 previously submitted

---

## ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS ☐ NO PROCESS* ☒ WARRANT   Bail Amount: NO BAIL

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:
Before Judge:

Comments:

UNITED STATES OF AMERICA
v.
ROBERT VILLREAL and
STEVEN COTA a/k/a "ROOSTER"

## ATTACHMENT TO PENALTY SHEET

<u>Count One</u>:  Title 21, United States Code, Sections 846 and 841(b)(1)(B)(viii) - Conspiracy to Distribute Methamphetamine

5 years imprisonment (mandatory minimum)
40 imprisonment (maximum)
$2,000,000 Fine
4 years of supervised release
$100 special assessment

<u>Count Two</u>:  Title 21, United States Code, Sections 846 and 841(b)(1)(B)(viii) - Distribution of Methamphetamine

5 years imprisonment (mandatory minimum)
40 imprisonment (maximum)
$2,000,000 Fine
4 years of supervised release
$100 special assessment