UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

## CRIMINAL MINUTES

Judge: James Ware  
Date: 9/10/2007  
Case No: CR-07-0502 JW  

Courtroom Deputy: Elizabeth Garcia  
Court Reporter: Raynee Mercado  
U.S. Probation Officer: N/A  
Interpreter: N/A  

## TITLE

U.S.A. v. Robert Villarreal ( C)

**Attorney(s) for Plaintiff(s):** Tom O'Connell  
**Attorney(s) for Defendant(s):** Tom Ferrito  

## PROCEEDINGS

**Status/Trial Setting**

## ORDER AFTER HEARING

**Hearing Held. Defendant Villarreal present and in custody for proceedings. This was the defendant's initial appearance before the Court. The Last Day for Trial is 11/1/2007. The Court GRANTED the Government's Related Case Order. The Court continued this matter to 10/15/2007 at 1:30 PM for Further status hearing. Time is excluded from 9/10/2007 to 10/15/2007 to accommodate discovery investigation and resolution of this matter short of trial.**

_Elizabeth C. Garcia_  
Elizabeth C. Garcia  
Courtroom Deputy  
Original: **E-filed**  
CC: