UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

## CRIMINAL MINUTES

**Judge: James Ware**  **Courtroom Deputy: Elizabeth Garcia**
**Date:  10/15/2007**  **Court Reporter: Irene Rodriguez**
**Case No: CR-07-0502  JW**  **U.S. Probation Officer: N/A**
**Interpreter:  N/A**

## TITLE

U.S.A. v. Robert Villarreal ( C)

**Attorney(s) for Plaintiff(s): Tom O'Connell**
**Attorney(s) for Defendant(s): Tom Ferrito**

## PROCEEDINGS

**Status Hearing**

## ORDER AFTER HEARING

Hearing Held.  Defendant Villarreal  present and in custody for proceedings.  The Court continued this matter to 12/3/2007 at 1:30 PM for Setting/Disposition.   Time is excluded from 10/15/2007 to 12/3/2007 to accommodate efforts to resolve this case short of trial.

_Elizabeth C. Garcia_
Elizabeth C. Garcia
Courtroom Deputy
Original: **E-filed**
CC: