UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

## CRIMINAL MINUTES

| | |
|---|---|
| **Judge:** James Ware | **Courtroom Deputy:** Elizabeth Garcia |
| **Date:** 12/3/2007 | **Court Reporter:** Summer Clanton |
| **Case No:** CR-07-0509 JW | **U.S. Probation Officer:** N/A |
| **Related Case:** CR-07-0506 JW | **Interpreter:** N/A |
| CR-07-0502 JW | |

### TITLE

U.S.A. v. Robert Villarreal ( C)

**Attorney(s) for Plaintiff(s):** Tom O'Connell
**Attorney(s) for Defendant(s):** Thomas Ferrito

### PROCEEDINGS

Dispositional Hearing

### ORDER AFTER HEARING

Hearing Held. Defendant present and in custody for proceedings. The Defendant plead guilty as to Count One of the Indictment in CR 07-0509 JW. A plea agreement was executed in open court. The Government made an oral Motion to Dismiss the Indictments charged against Defendant in CR 07-0506 JW and CR 07-0502 JW. The Court submitted the Motion to Dismiss until the date for Sentencing. The Court referred this matter to the Probation Office for preparation of a presentence investigation report. Sentencing set for February 25, 2008 at 1:30 PM.

_____
Elizabeth C. Garcia
Courtroom Deputy
Original: **E-filed**/C. Escolano
CC: