UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

### CRIMINAL MINUTES

**Judge:** James Ware
**Date:** 2/25/2008
**Case No.:** CR-07-0509 JW
**Related Case No.:** CR 07-0502 JW
    CR 07-0506 JW

**Courtroom Deputy:** Elizabeth Garcia
**Court Reporter:** Gina Colin
**U.S. Probation Officer:** Lori Timmons
**Interpreter:** N/A

### TITLE

U.S.A. v. Robert Villarreal ( C)

**Attorney(s) for Plaintiff(s):** Tom O'Connell
**Attorney(s) for Defendant(s):** Thomas Ferrito

### PROCEEDINGS

1. Judgment and Sentencing as to Count One (1) of the Indictment in CR 07-0509 JW
2. Government's Motion to Dismiss Count Two (2) in CR 07-0509 JW and to Dismiss Indictments of CR 07-0502 JW and CR 07-0506 JW

### ORDER AFTER HEARING

Hearing Held. Defendant present and in custody for proceedings. The Defendant was sentenced as to Count One (1) of the Indictment in CR 07-0509 JW. The Defendant is committed to 37 months BOP custody, three (3) years supervised release under the standard and special conditions imposed by the Court; $100 special assessment. The Court recommends the Defendant to be housed in a BOP facility for Drug and Alcohol Treatment and Education. The Court GRANTED the Government's motion to dismiss Count two (2) of the Indictment in CR 07-0509 JW and to Dismiss Indictments CR 07-0502 JW and CR 07-506 JW. The Defendant is remanded to the custody of the USM.

Elizabeth C. Garcia
Courtroom Deputy
Original: **E-Filed/C. Escolano**
CC: