**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br>　v.<br>VILLAREAL,<br>　　　　Defendant.　　　　　　　　／ | NO. CR 07-00509 JW<br>Related No: CR 07-00502 JW<br>　　　　　　 CR 07-00506 JW<br><br>**SEALING ORDER PURSUANT TO GENERAL ORDER 54** |

　　The following documents in this action are placed under seal and shall not be opened except by the United States Sentencing Commission for its eyes only and shall not be transmitted or otherwise opened except by order of this court upon application.

　　__X__　　Presentence Report

　　____　　Plea Agreement

　　__X__　　Statement of Reasons

　　____　　_____
　　　　　　　　(Other)

Dated: February 28, 2008

　　　　　　　　　　　　　　　　　　　　　　／s／ James Ware
　　　　　　　　　　　　　　　　　　　　　　JAMES WARE
　　　　　　　　　　　　　　　　　　　　　　United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN MAILED TO:**

United States Marshal Service
United States Probation Office
280 South First Street
San Jose Ca 95113

**Dated: February 28, 2008**                              **Richard W. Wieking, Clerk**

**By:** *Elizabeth C Garcia*
          **Elizabeth Garcia**
          **Courtroom Deputy**